BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2758

FILED

JUL 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: )   S.W. NO. 12-SW-232-GGH
                                )
2894 Funston, Tracy, CA.        )
                                )   [PROPOSED] ORDER
                                )   FOR UNSEALING WARRANT AND
                                )   SEARCH WARRANT AFFIDAVIT
                                )
                                )
                                )
                                )
                                )

   The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: July 20, 2012

_____
HON. KENDALL J. NEWMAN
U.S. Magistrate Judge